IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**GUADALUPE PADILLA,**
        Petitioner,

-vs-                                                Case No. A-06-CA-033-SS

**NATHANIEL QUARTERMAN,**
        Respondent.

## JUDGMENT

BE IT REMEMBERED on the 25th day of January 2007, the Court entered its order denying petitioner Guadalupe Padilla's claims under 28 U.S.C. § 2254 against respondent Nathaniel Quarterman, and thereafter the Court enters the following judgment:

    IT IS ORDERED, ADJUDGED, and DECREED that petitioner Guadalupe Padilla's claims under 28 U.S.C. § 2254 against respondent Nathaniel Quarterman are DENIED and that the respondent go hence without delay and with his costs, for which let execution issue against the petitioner.

SIGNED this the 25th day of January 2007.

                                                      SAM SPARKS
                                                      UNITED STATES DISTRICT JUDGE